## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
## WESTERN DIVISION

DOYLE MARTIN                                                              PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 5:06cv26-DCB-JMR

WARING INVESTMENTS, INC.
f/k/a WARING OIL COMPANY;
WARING OIL COMPANY, LLC; and
PAT HURST, INDIVIDUALLY AND
IN HER OFFICIAL CAPACITY
AS SUPERVISOR                                                            DEFENDANTS

### ORDER

This matter comes before the Court on the plaintiff's Unopposed Motion to Continue Trial, Extend Deadlines and Other Relief or in the Alternative to Hold in Abeyance [**docket entry no. 33**]. The Court, having considered the Motion and being fully advised as to the premises, finds that the request for extension of deadlines is well-taken. Specifically, the Court is of the opinion that the past and persisting medical condition of Counsel for the plaintiff is sufficient reason under Federal Rule of Civil Procedure 56(f) why additional discovery is needed to oppose the defendants' pending Motion for Summary Judgment [docket entry no. 24]. Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's Unopposed Motion to Continue Trial, Extend Deadlines and Other Relief or in the Alternative to Hold in Abeyance [**docket entry no. 33**] is **GRANTED.**

The plaintiff shall have until January 4, 2008, to conduct discovery and submit his response to the defendants' Motion for Summary Judgment [docket entry no. 24].

**IT IS FURTHER ORDERED** that on January 4, 2008, the parties shall contact the Court and arrange a conference to amend the Scheduling Order and discuss all other pertinent matters.

**SO ORDERED,** this the 18th day of October 2007.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE
