**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,**
**WESTERN DIVISION**

DOYLE MARTIN                                                    PLAINTIFF


VERSUS                                    CIVIL ACTION NO. 5:06cv26-DCB-JMR


WARING INVESTMENTS, INC.
f/k/a WARING OIL COMPANY;
WARING OIL COMPANY, LLC; and
PAT HURST, INDIVIDUALLY AND
IN HER OFFICIAL CAPACITY
AS SUPERVISOR                                                  DEFENDANTS


**ORDER**

This matter comes before the Court on the Court's own Motion.

**IT IS HEREBY ORDERED** that the plaintiff shall have until May

12, 2008, to comply with the Court's Order [docket entry no. 56] of

April 24, 2008.  The defendants shall have until May 19, 2008, to

respond to the plaintiff's submission.

**SO ORDERED,** this the ___7th___ day of May 2008.


                              ___s/ David Bramlette_____
                              UNITED STATES DISTRICT JUDGE