UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

DOYLE MARTIN                                                      PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:06cv26-DCB-JMR

WARING INVESTMENTS, INC. f/k/a
WARING OIL COMPANY, WARING OIL
COMPANY, LLC, and PAT HURST,
INDIVIDUALLY AND IN HER OFFICIAL
CAPACITY AS SUPERVISOR                                           DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on the defendants' Motion for Summary Judgment, and the Court having granted said Motion as to all claims over which it had original jurisdiction and dismissed without prejudice the plaintiff's state law claims for defamation and intentional infliction of emotional distress; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that any motions remaining in this action are **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 29th day of May 2008.

                                              s/ David Bramlette
                                         **UNITED STATES DISTRICT JUDGE**